UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Gerardo Gernandez,

Defendants.

16-cr-717 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Defendant's *pro se* motion for compassionate release. Dkt. No. 85. The Government is ordered to reply to the Defendant's motion no later than September 23, 2020. The Defendant may file a reply no later than October 9, 2020.

The Clerk of Court is respectfully directed to mail this Order to the pro se Defendant.

SO ORDERED.

Dated: September 15, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge